AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

**FILED**
OCT 1 1 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| United States of America<br>v.<br><br>ASHU JOSHI<br><br>*Defendant(s)* | )<br>)<br>)  Case No.   4:18 MJ 341 DDN<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   August 1, 2018 to October 9, 2018   in the county of          St. Louis          in the
     Eastern      District of      Missouri     , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) | Production of Child Pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent David Rapp, F.B.I.
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  Oct. 11, 2018

_____
*Judge's signature*

City and state:            St. Louis, Missouri            Honorable David D. Noce, U.S. Magistrate Judge
_____
*Printed name and title*