UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. 4:18CR00876JAR/NCC |
| v. ) | |
| ) | |
| ASHU JOSHI, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO FILE RESPONSE TO THE GOVERNMENT'S MOTION TO REVOKE BOND

Comes now, the Defendant, by counsel, and respectfully requests until Monday, December 9, 2019 to file Defendant's Response to the Government's Motion to Revoke Bond.

Respectfully submitted,

FRANK, JUENGEL & RADEFELD,
ATTORNEYS AT LAW, P.C.


By */s/ Daniel A. Juengel*
DANIEL A. JUENGEL (#42784MO)
Attorneys for Defendant
7710 Carondelet Avenue, Suite 350
Clayton, Missouri 63105
(314) 725-7777

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following.

Colleen Lang
Asst. United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri, 63102

*s/ Daniel A. Juengel*
DANIEL A. JUENGEL