UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18CR0876 JAR |
| | ) | |
| ASHU JOSHI, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S FIRST REQUEST FOR A NEW DATE FOR THE BOND REVOCATION

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Colleen Lang, Assistant United States Attorney for said district, and files its Requests A New Date for the Bond Revocation Hearing set December 13, 2019 at 9:30 a.m.

1. The government filed a motion to revoke the defendant's bond and requested a hearing date for the motion. The Court set the matter for December 13, 2019 at 9:30 a.m.   Unfortunately, the undersigned attorney for the government who is handling this case is out-of-town December 11, 12, and 13, 2019. The undersigned is asking for new date for the hearing.

2. The undersigned reached out to the defense attorneys. Attorney John Schleiffarth is unavailable December 9 – 11, 2019 due to a jury trial. Attorney Dan Juengel is not available on December 19, 2019. The undersigned has a sentencing on a case that went to trial in front of Judge Fleissig on the afternoon of December 17, 2019.

1

Wherefore, the Government respectfully requests for a new date for bond revocation hearing.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*s/ Colleen C. Lang*
COLLEEN C. LANG, #56872MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, MO 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*s/ Colleen C. Lang*
COLLEEN C. LANG, #56872MO
Assistant United States Attorney