# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18-cr-00876-JAR-NCC |
| v. | |
| ASHU JOSHI | |
| Defendant. | |

## AFFIDAVIT OF NON-PROSECUTION

I, M▮▮▮▮ D▮▮, am the alleged victim in the above-mentioned case. I am requesting that the charges against my husband, Ashu Joshi, be dismissed. In support of this request, I state the following:

1. I do not, and never have, wanted my husband to be prosecuted.
2. My child and I need and want Ashu. I pleaded with the judge to let Ashu come to our son's birth. The Government objected and I gave birth alone. Throughout this entire investigation and prosecution, I have been deprived of my spouse entirely. We are a family. Leave us alone.
3. I have been raising our baby on limited means, using WIC and working two jobs. My son and I have state health insurance. My husband wants to support our family. The Government said that in order for him to be able to even pay child support, a court in Kentucky would have to order that.
4. Knox Family Court Judge Stephen M. Jones issued an Order that legally recognized my marriage to Ashu Joshi as of June 23, 2018. The judge made this ruling on November 8, 2019 as part of the family law case that was filed by Ashu so he could try to see and support his family – me and our baby.

5. The United States Attorney now is saying that my marriage is fraudulent. She claims the judge in Kentucky didn't know about the case in St. Louis. That is not true. I told the judge about the case. She says that my "mother" didn't consent to our marriage, or even our relationship. She did. And they have evidence of that.
6. I am asserting my rights to privacy and dignity under the 18 U.S.C. Section 3771. I object to any further disclosure of the photos and videos at issue in this case. No one, other than my husband, has my consent to view, possess, or distribute these private images and videos. Not now. Not ever.

I formally request that the charges filed against my husband be dismissed.



M████ D████     December 8, 2019