UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.  4:18 CR 876 JAR/NCC |
| | ) |
| ASHU JOSHI, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO FILE UNDER SEAL

COMES NOW Defendant, by and through his undersigned counsel, and requests that the following Exhibits be filed under seal:

1. Exhibit 1 – Private Facebook Messages; and

2. Exhibit 4 – Dr. Bayla Myer Report.

The Exhibits which Defendant seeks to file under seal contain private, marital communications and a personal, confidential report prepared by a licensed psychologist.

Respectfully submitted,

By: */s/ John C. Schleiffarth*
John C. Schleiffarth, P.C.
75 West Lockwood Avenue, Ste. 250
St. Louis, Missouri 63119
(314) 561-9690 Phone
(314) 596-0658 Fax

*/s/ Dan Juengel*
DANIEL A. JUENGEL (#42784MO)
Attorneys for Defendant
7710 Carondelet Avenue, Suite 350
Clayton, Missouri 63105
(314) 725-7777

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following.

Colleen Lang
Asst. United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri, 63102

                                                        */s/ Daniel A. Juengel*
                                                        Daniel A. Juengel