COMMONWEALTH OF KENTUCKY
27TH JUDICIAL CIRCUIT
KNOX CIRCUIT COURT
FAMILY COURT DIVISION
CASE NO. 19-CI-00372


ENTERED
GREG HELTON
NOV 0 8 2019
KNOX CIRCUIT/DISTRICT COURT
BY_____ D.C.

ASHU JOSHI,                                    PETITIONER,

VS.

MADISON DOLE,                                  RESPONDENT,

AND THE CARE, CUSTODY AND SUPPORT OF ONE (1) MINOR CHILD

## ORDER

This matter was brought before this Court on November 8, 2019 pursuant to a motion filed by Madison Dole requesting an Order Recognizing the Marriage between the parties on June 23, 2018 as Legal under the Laws of the Commonwealth of Kentucky and with the Court considering the arguments made and reviewing the record and being otherwise fully and sufficiently advised, the Court herein FINDS and ORDERS as follows:

1. The Motion for an Order Recognizing the Marriage between Ashu Joshi and Madison Dole on June 23, 2018 as Legal is herein SUSTAINED. The Court FINDS that this marriage is a voidable marriage, however, neither party is seeking to void the marriage. The Court FINDS that both parties wish to have their marriage recognized as a legal marriage pursuant to the laws of this State.

WHEREFORE, the Court FINDS that the marriage conducted on June 23, 2018 between the parties is a valid marriage and ORDERS that as of June 23, 2018 the parties are deemed married.

Dated this 8 day of nov, 2019.

HON. STEPHEN M. JONES
JUDGE, KNOX FAMILY COURT

DISTRIBUTION:

Hon. Jennifer S. Nicholson
PO Box 2636
London, KY 40743

Madison Dole
510 Roy Kidd Ave.
Corbin, KY 40701

_OB_  11-8-19
(Clerk's initials and date)