IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18-cr-00876-JAR-NCC |
| v. | |
| ASHU JOSHI | |
| Defendant. | |

**SUPPLEMENT TO MOTION TO ORDER/ALLOW DEFENDANT TO PAY CHILD SUPPORT AS A CONDITION/MODIFICATION OF DEFENDANT'S BOND**

Comes now M.D., by and through counsel, and hereby supplements her previously filed motion to order/allow the Defendant to pay child support to M.D., either as a condition of his bond or by finding that this is not violative of the conditions of the Defendant's current bond. In additional support thereof, M.D. states as follows:

1. On December 20, 2019, the State of Kentucky issued an Order Regarding Custody, Visitation, and Child Support." (See attached Exhibit 2[1]: "Order Regarding Custody, Visitation, and Child Support")

---

[1] Movant labelled Exhibit 2 as such for ease of reference, as Exhibit 1 is attached to the initial motion (Doc. 166).

2. This Order sets forth specific obligations of Defendant and M.D. requests that this Court allow/order Defendant to comply with the obligations sets forth by the State of Kentucky in Exhibit 2.

WHEREFORE, M.D. hereby supplements her requests that Defendant be ordered/allowed to fulfill his legal obligation to support his child. Additionally, M.D. requests that all nine monthly support obligations from A.J.'s birth to present be ordered/allowed to be paid to her in a lump sum payment.

Respectfully submitted,

MUHLENKAMP & BERNSEN,
ATTORNEYS AT LAW, LLC

By: *Tory D. Bernsen*
Tory D. Bernsen, #62857MO
8008 Carondelet, Suite 311
Clayton, MO 63105
314-499-7255
314-737-2899 (cell)
tbernsen@mbstlcriminaldefense.com
ATTORNEY FOR ALLEGED VICTIM

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above document was electronically filed on January 8, 2020 and served via the electronic filing system to all attorneys of record.

*Tory D. Bernsen*