Tendered   19-CI-0037...   12/11/2019   Greg Helton, Knox Circuit Clerk

\* 12-20-19

ENTERED
GREG HELTON
DEC 2 0 2019
KNOX CIRCUIT/DISTRICT COURT
BY _____ D.C.

COMMONWEALTH OF KENTUCKY
27TH JUDICIAL CIRCUIT
KNOX CIRCUIT COURT
FAMILY COURT DIVISION
CASE NO. 19-CI-00372

ASHU JOSHI,                                                          PETITIONER,

VS.

MADISON DOLE,                                                    RESPONDENT,

AND THE CARE, CUSTODY AND SUPPORT OF ONE (1) MINOR CHILD

## ORDER REGARDING CUSTODY, VISITATION and CHILD SUPPORT

Comes now the Petitioner, ASHU JOSHI, and Respondent, MADISON DOLE, husband and wife, and being desirous of entering into an postnuptial agreement regarding the custody, visitation and child support of the minor child, Arjun Gabriel Spencer Lee Joshi, age 7 months, and being otherwise sufficiently advised, the parties agree to and verify the following facts:

1. The parties agree and the Court so FINDS that they were married on June 23, 2018 in Bowling Green, Kentucky pursuant to this Court's order entered on November 8, 2019.

2. The parties, though married, are desirous of establishing and detailing a custody, visitation and child support schedule due to the physical distance between them at this time.

3. The Petitioner, Ashu Joshi, is the father of the minor child herein and is currently a resident the State of Missouri and he currently resides at 9362 Caddyshack Circle, St. Louis, Missouri 63127. Paternity of the minor child herein was established, and the paternity results were filed into the record on October 29, 2019.

Tendered

4. The Respondent, Madison Dole, is the mother of the minor child herein and is a resident of this State and has been a resident of this State for not less than one hundred eighty (180) days immediately preceding the filing of this cause of action and she currently resides at 510 Roy Kidd Ave., Corbin, Kentucky 40701. Therefore, the Court FINDS that the parties are the biological and legal parents of the minor child herein. Further, the Court further FINDS that the minor child was born of the party's marriage.

5. Pursuant to K.R.S. 403.420, the minor child's home state is the Commonwealth of Kentucky and specifically, Knox County, Kentucky. The minor child has resided with the Respondent all of his life and currently resides with the Respondent at 510 Roy Kidd Ave., Corbin, Kentucky 40701.

8. The parties herein agree and acknowledge and the Court so ORDERS that the child was born of their marriage and as a result they share the same legal rights to the child as joint custodians of him.

9. Due to the current distance between the parties, the parties agree with the Petitioner receiving visitation with the minor child three (3) weekends per month. The parties shall agree to the specific weekends that the Petitioner receives parenting time with the minor child considering the schedules of the parties and the schedules of all persons involved with transportation. Should the parties reside together in the future with the minor child, this provision of visitation shall be void.

6. The Respondent agrees to transport the child to and from each visit with the Petitioner. The Petitioner agrees to pay the Respondent for travel expenses to transport the minor child in the amount of $75-$100 for gas per visitation trip to Missouri or to the halfway point in Indiana. The parties agree to use a

mutually agreeable individual as an intermediary, for communication and contact purposes relative to visitation or any other matters concerning the child, including medical emergencies. A mutually agreeable individual shall also be the responsible 3rd party to receive and deliver the child to the Petitioner and Respondent for the exchange of the child for parenting time.

7. The parties agree that the Petitioner shall pay child support to the Respondent in the amount of **FIVE HUNDRED DOLLRS ($500.00) per month**, effective at time of signing this agreement. Should the parties reside together at a later date, this child support obligation shall be void. Currently the parties do not have any work related or educational related day care expenses. Should the parties in the future incur work related, or education related daycare expenses, the Petitioner shall be responsible for paying 100% of these fees payable within thirty (30) days after proof shown of the expense. The minor child currently has a Medical Card. However, should either party be able to secure private medical insurance for the child through their employment at a reasonable cost, they shall secure said insurance for the child. Should circumstances change in regard to the parties income then this provision can be amended.

8. In accordance with KRS 403.838 the Parties give the following information concerning the minor child:

   (a) The parties have not participated as a party or witness or in any other capacity in any other litigation concerning custody of their child in this or any other state.

   (b) The parties have no information of any other custody proceedings concerning the child, pending in a court of this state or any other state.

(e) The parties do not know of any person, not a party to the proceedings, who has physical custody of the child or claims to have custody or visitations rights with respect to the child.

10. The Respondent, Madison Dole, acknowledges that she has had the opportunity at all times to obtain and receive the advice of counsel of her own choosing. She further understands that the Hon. Jennifer S. Nicholson does not represent her in this matter and that she is encouraged to obtain the advice of her own independent counsel before signing this agreement. The Respondent acknowledges that she has not been forced or coerced into signing this agreement and that the signing of this agreement is voluntary on her behalf and she understands it fully.

11. The parties agree and the Court FINDS that this agreement is in the best interests of the minor child herein.

**WHEREFORE**, the parties agree to the contents contained within this agreement and acknowledge they have fully read same and understand it fully as evidenced by their signatures below. The Court ORDERS that the parties follow this agreement herein.

Dated this 20 day of Dec, 2019.

HON. STEPHEN M. JONES
JUDGE, LAUREL FAMILY COURT

**SEEN AND AGREED TO BY AND DISTRIBUTION:**

Hon. Jennifer S. Nicholson 
PO Box 2636
London, KY 40743
Counsel for Petitioner

ABBY KIRK, Petitioner _____ 11/27/2019

 12/11/19

MADISON DALE, Respondent
510 ROY REID AVE.
CORBIN, KY 40001

 12/20/19
(Clerk's initials and date)

STATE OF MISSOURI
COUNTY OF _____

Subscribed and sworn to before me by ABBY KIRK on this the 22 day of _____, 2019.

[Notary stamp] _____
NOTARY PUBLIC
My Commission Expires: _____

STATE OF MISSOURI
COUNTY OF St. Louis

Subscribed and sworn to before me by MADISON DALE on this the 11th day of December, 2019.



NATHAN GENTRY
My Commission Expires
October 20, 2023
St. Louis County
Commission #19639921

NOTARY PUBLIC
My Commission Expires: 10/20/2023