Filed    19-CI-00372    10/07/2019        Greg Helton, Knox Circuit Clerk

COMMONWEALTH OF KENTUCKY
27TH JUDICIAL CIRCUIT
KNOX CIRCUIT COURT
FAMILY COURT DIVISION
CASE NO. 19-CI- 00372

ASHU JOSHI,                                              PETITIONER,

VS.

███████████,                                             RESPONDENT,

AND THE CARE, CUSTODY AND SUPPORT OF ONE (1) MINOR CHILD

## ANSWER AND WAIVER OF SERVICE OF PROCESS AND ENTRY OF APPEARANCE AND NOTICE OF MOTION TO SUBMIT AND NOTICE OF FINAL HEARING

    Comes now the Respondent, ███████████, individually, and after being duly sworn hereby waives Service of Process upon her in the above styled and captioned action and by their signature below, and further certifies that she has received a true and correct copy of the Petition for Custody and agrees and admits it's contents except as outlined in this Answer, and further enters her appearance herein for all purposes.

WHEREFORE, the Respondent prays Judgment as follows:

(a) That the Court order that the parties submit to Paternity testing in regard to the child.

(b) That any Agreement entered into between the Petitioner and the Respondent be made a part of any Decree granted in this matter.

(c) For all proper and equitable relief to which the Respondent may appear entitled.

Filed    19-CI-00372    10/07/2019        Greg Helton, Knox Circuit Clerk



Filed          19-CI-00372    10/07/2019        Greg Helton, Knox Circuit Clerk



**, RESPONDENT**

**STATE OF KENTUCKY**
**COUNTY OF LAUREL**

Acknowledged, subscribed and sworn to before me by ▇▇▇▇▇▇, Respondent, herein, on this the 2 day of Oct , 2019, to be true and her free act and deed.

Notary Public/State At Large
My Commission Expires: 11-17-19

PREPARED BY:

Hon. Jennifer S. Nicholson
Attorney At Law
635 Whitley Street
London, KY 40741
Telephone: (606) 877-6677