## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ASHU JOSHI )<br>)<br>Defendant. ) | Indictment No. 4:18CR00876 JAR/NCC |

### AFFIDAVIT OF PATRICIA DOLE

Comes now the Affiant, Patricia Dole, after being duly sworn and states as follows:

1. That on June 23, 2018, I was the legal guardian of Madison Dole, a minor child;

2. That I did not give any permission or consent to any marriage proceeding that took place between Madison Dole and Ashu Joshi on or about June 23, 2018; and

3. That I was not aware of any marriage proceeding that took place between Madison Dole and Ashu Joshi on or about June 23, 2018.

Further Affiant sayeth naught.

*Patricia Dole*
PATRICIA DOLE

STATE OF KENTUCKY
COUNTY OF WHITLEY

The foregoing was acknowledged, subscribed, and sworn to before me, a Notary Public, by the above named Patricia Dole on this 16th day of December 2019.

*Michel S Reaves*
NOTARY PUBLIC, STATE-AT-LARGE

My commission expires: 2/17/22


GOVERNMENT EXHIBIT 4