Joshi - Family Court - Judge Jones

Timestamp 7:59 to 12:05 Transcript

JUDGE JONES: Let's do an add-on. 19-CI-372. What was your motion? We don't have that filed, I don't think.

JENNIFER NICHOLSON: Uh, M.D. Your honor, pursuant to the statute, she uh, has filed a pro se motion, which we agree with uh, to recognize the marriage that she and Mr. Joshi entered into on September, I mean, I am sorry, June the 23rd…

M.D.: Yes.

JENNIFER NICHOLSON: 2019. They've held themselves out uh, since then they've been married uh, it was with consent, a child was born uh, so the purpose is, of the motion is to uh, legitimize the child. Um, and um, give legal authority to what they've been doing so far, which is uh, conducting themselves as a married couple. They went through a ceremony in Bowling Green. Is that correct, M.D.?

M.D.: Yes.

JUDGE JONES: Is there any proof of that ceremony?

JENNIFER NICHOLSON: Well other than uh, her testimony, is that, were there witnesses, M.D.?

M.D.: There was no witnesses. It was just us. Now, the only witnesses would be people that he told.

JUDGE JONES: Is it…?

M.D.: Uh, as far as any proof uh…?

JUDGE JONES: Is it recorded or video, anything like that?

M.D.: No, sir. As far as any proof, everything was confiscated when uh, a federal case arose between us.

JUDGE JONES: 4-2-2-5-0. That's the statute you're doing it under?

JENNIFER NICHOLSON: Yeah. According to that statute, she has to be the movant um…

JUDGE JONES: Okay. Well I'll probably need to review that and take a look at anything else out there. Can you do a proposed order for her?

1



JENNIFER NICHOLSON: Yes, I can.

JUDGE JONES: Alright then, under submission tender proposed order, how long do you need to do that?

JENNIFER NICHOLSON: I can do it today.

JUDGE JONES: Today?

JENNIFER NICHOLSON: Yeah, I can, I can fax an order today.

JUDGE JONES: I'll say within seven days. Um, I'll be back in the office um, Tuesday in London. I'll be back here, Wednesday. So I'll take a look at it Wednesday when I'm back over here. And then I'll issue an order either granted…

M.D.: What was the date, what was the date of Wednesday?

JUDGE JONES: What's the date?

M.D.: Yes.

JUDGE JONES: 9, 10, 11…

BAILIFF: 13.

JUDGE JONES: 13.

M.D.: Okay.

JUDGE JONES: Is that soon enough?

M.D.: No. We're on a bit of a time limit.

JUDGE JONES: Okay.

M.D.: So um, we, I, I need to get this done before the 12th for our federal case.

JUDGE JONES: Alright, well I'll take a look at it. You can get me something today?

JENNIFER NICHOLSON: Yes.

JUDGE JONES: I, I, I think I've got, I don't have court, Monday. It's a holiday, but I've got a bunch of work on my desk.

M.D.: Okay.

JUDGE JONES: So I'll be up there in London, Monday. Can you send it to my London office?

JENNIFER NICHOLSON: Yes.

JUDGE JONES:   And I'll look at it Monday. Get a ruling out one way or the other, Monday. Um, you won't get in the mail that quick.

M.D.:   That's okay.

JUDGE JONES:   But if it's granted, I'll contact Ms. Nicholson and she can get a copy of it. The clerk won't be open Monday either to enter it so it will have to be Tuesday morning the earliest. But we'll take a good look at it for you this weekend and Monday and I wish (unintelligible) right now.

M.D.:   Okay. Thank you.

JUDGE JONES:   Thank you very much. That's all you have Ms. Nicholson?

JENNIFER NICHOLSON: Yes, thank you for calling.

END