**Body** I wish we could get your mom to sign off on it

**Author** Ashu Joshi (1703964327)
**Sent** 2018-08-15 18:06:07 UTC
**IP** 165.134.205.10
**Body** You sent a sticker.
**Attachments** sticker (1775283416045696)
**Type** image/png
**Size** 0
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=1775283416045696&mid=mid.%24cAABa-fObWntrcAlu41lPsQmpYeLj&uid=1703964327&accid=1703964327&preview=0&hash=AQBYcOq2hfqumySMTjO2Ugf9IQuxuWz45Moz8d9mdfzvmCjd



**Photo Id:** 1775283416045696

**Author** Madison Dole (100028010673372)
**Sent** 2018-08-15 18:05:55 UTC
**Body** I will love

**Author** Ashu Joshi (1703964327)
**Sent** 2018-08-15 18:05:47 UTC
**Body** Marry me baby.

**Author** Madison Dole (100028010673372)
**Sent** 2018-08-15 17:38:17 UTC
**Body** I love you baby

**Author** Ashu Joshi (1703964327)
**Sent** 2018-08-15 17:37:59 UTC
**Body** I love you so very much!

**Author** Madison Dole (100028010673372)
**Sent** 2018-08-15 17:37:00 UTC



GOVERNMENT EXHIBIT 6a

**Author** 
 Madison Dole (100028010673372)
**Sent** 2018-08-15 18:26:17 UTC
**Body** I don't even live with her anymore.

**Author** Madison Dole (100028010673372)
**Sent** 2018-08-15 18:26:10 UTC
**Body** There is no changing that one.

**Author** Madison Dole (100028010673372)
**Sent** 2018-08-15 18:26:01 UTC
**Body** Honey I do not know.

**Author** Ashu Joshi (1703964327)
**Sent** 2018-08-15 18:25:46 UTC
**Body** Do you have any ideas?

**Author** Ashu Joshi (1703964327)
**Sent** 2018-08-15 18:25:37 UTC
**Body** Honey, that was the question. How can we turn the no to a yes?

**Author** Madison Dole (100028010673372)
**Sent** 2018-08-15 18:23:30 UTC
**Body** Bull

**Author** Ashu Joshi (1703964327)
**Sent** 2018-08-15 18:23:12 UTC
**Body** Smh

**Author** Ashu Joshi (1703964327)
**Sent** 2018-08-15 18:23:09 UTC
**Body** No

**Author** Ashu Joshi (1703964327)
**Sent** 2018-08-15 18:23:05 UTC
**Body** 󠀀󠀀

**Author** Madison Dole (100028010673372)
**Sent** 2018-08-15 18:19:28 UTC
**Body** You couldn't tell without her saying it?󠀀󠀀

**Author** Ashu Joshi (1703964327)
**Sent** 2018-08-15 18:19:07 UTC
**Body** She said that?

**Author** Madison Dole (100028010673372)
**Sent** 2018-08-15 18:18:30 UTC
**Body** No baby. She is completely against it.

**Author** Ashu Joshi (1703964327)
**Sent** 2018-08-15 18:17:18 UTC
**Body** Any ideas on how?

**Author** Madison Dole (100028010673372)
**Sent** 2018-08-15 18:06:34 UTC
**Body** I do too baby

**Author** Ashu Joshi (1703964327)
**Sent** 2018-08-15 18:06:27 UTC