**Facebook Business Record**  **Page 3555**

**Author** Ashu Joshi (1703964327)
**Sent** 2018-08-27 17:32:36 UTC
**Body** I was just saying it. It sounds good

**Author** Ashu Joshi (1703964327)
**Sent** 2018-08-27 17:32:24 UTC
**Body** ?

**Author** Madison Dole (100028010673372)
**Sent** 2018-08-27 17:32:12 UTC
**Body** Yes baby?❤

**Author** Ashu Joshi (1703964327)
**Sent** 2018-08-27 16:32:57 UTC
**Body** Madison Saleen Joshi

**Author** Madison Dole (100028010673372)
**Sent** 2018-08-27 16:07:33 UTC
**Body** You're so welcome.

**Author** Ashu Joshi (1703964327)
**Sent** 2018-08-27 16:05:07 UTC
**Body** Thank you baby

**Author** Madison Dole (100028010673372)
**Sent** 2018-08-27 16:04:54 UTC
**Body** I promise

**Author** Ashu Joshi (1703964327)
**Sent** 2018-08-27 16:02:45 UTC
**Body** Promise?

**Author** Madison Dole (100028010673372)
**Sent** 2018-08-27 16:02:39 UTC
**Body** Yes

**Author** Ashu Joshi (1703964327)
**Sent** 2018-08-27 16:02:32 UTC
**Body** Does that sound okay to you?

**Author** Madison Dole (100028010673372)
**Sent** 2018-08-27 16:02:17 UTC
**Body** Im going to get the patch.

**Author** Ashu Joshi (1703964327)
**Sent** 2018-08-27 16:00:52 UTC
**Body** Married on 12-03-2019

**Author** Ashu Joshi (1703964327)
**Sent** 2018-08-27 16:00:40 UTC
**Body** So birth control stops on 10-01-2019

**Author** Madison Dole (100028010673372)
**Sent** 2018-08-27 16:00:05 UTC
**Body** Yes baby!!

**Author** Ashu Joshi (1703964327)
**Sent** 2018-08-27 15:49:58 UTC



**Body** I mean like the same day

**Author** Ashu Joshi (1703964327)
**Sent** 2018-08-27 15:49:41 UTC
**Body** Can we try to get pregnant right after we get married?

**Author** Madison Dole (100028010673372)
**Sent** 2018-08-27 15:43:19 UTC
**Body** I love you❤❤❤

**Author** Madison Dole (100028010673372)
**Sent** 2018-08-27 15:42:53 UTC
**Body** And yes you are my husband.

**Author** Ashu Joshi (1703964327)
**Sent** 2018-08-27 15:39:42 UTC
**Body** I love you so much ❤❤❤

**Author** Ashu Joshi (1703964327)
**Sent** 2018-08-27 15:39:32 UTC
**Body** Good job honey

**Author** Madison Dole (100028010673372)
**Sent** 2018-08-27 15:38:47 UTC
**Body** I love you honey. I am done eating.

**Author** Ashu Joshi (1703964327)
**Sent** 2018-08-27 15:25:04 UTC
**Body** Omg baby! You are so so so pretty. I cannot wait to be yours!

**Author** Ashu Joshi (1703964327)
**Sent** 2018-08-27 15:24:44 UTC
**Body** I don't know. He seems to have hit the jackpot because clearly you are a 10 and he is barely a 1.

**Author** Madison Dole (100028010673372)
**Sent** 2018-08-27 15:24:36 UTC
**Body** LOML 🔲🔲 sent a photo.
**Attachments** image-2153175848280590 (2153175848280590)
**Type** image/jpeg
**Size** 68595
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=2153175848280590&mid=mid.%24cAABa-fObWntrrUHgHVle_wz45MfJ&uid=1703964327&accid=1703964327&preview=0&hash=AQDTFH_e4Qq0BFOYztieg-Ql58GOqMfaAvZ0xexhf92JHq-n