**Author**
    Ashu Joshi (1703964327)
**Sent** 2018-09-01 21:11:42 UTC
**Body** Promise?

**Author** Madison Dole (100028010673372)
**Sent** 2018-09-01 21:11:16 UTC
**Body** I won't honey

**Author** Ashu Joshi (1703964327)
**Sent** 2018-09-01 21:11:03 UTC
**Body** Baby don't let these bitches win

**Author** Madison Dole (100028010673372)
**Sent** 2018-09-01 21:09:07 UTC
**Body** Yes my love.

**Author** Ashu Joshi (1703964327)
**Sent** 2018-09-01 21:04:29 UTC
**Body** A little over a year to go

**Author** Madison Dole (100028010673372)
**Sent** 2018-09-01 21:02:55 UTC
**Body** I cannot wait to marry you either honey

**Author** Ashu Joshi (1703964327)
**Sent** 2018-09-01 21:02:40 UTC
**Body** I cannot wait to marry you!

**Author** Ashu Joshi (1703964327)
**Sent** 2018-09-01 21:02:25 UTC
**Body** I love you so so so so so so so so so so so so much!

**Author** Madison Dole (100028010673372)
**Sent** 2018-09-01 21:02:05 UTC
**Body** I love you so so so so so much

**Author** Madison Dole (100028010673372)
**Sent** 2018-09-01 21:01:47 UTC
**Body** Amd your biggest supporter.

**Author** Ashu Joshi (1703964327)
**Sent** 2018-09-01 21:01:42 UTC
**Body** You better be my wife or else

**Author** Madison Dole (100028010673372)
**Sent** 2018-09-01 21:01:36 UTC
**Body** And I'm your biggest fan

**Author** Madison Dole (100028010673372)
**Sent** 2018-09-01 21:01:25 UTC
**Body** And I hope I am your wife

**Author** Madison Dole (100028010673372)
**Sent** 2018-09-01 21:01:15 UTC
**Body** And the love of my life.

**Author** Madison Dole (100028010673372)
**Sent** 2018-09-01 21:01:00 UTC

