Facebook Business Record                                           Page 2866

**Body**
And impatient

**Author** Ashu Joshi (1703964327)
**Sent** 2018-09-06 04:34:46 UTC
**Body** No you won't baby

**Author** Madison Dole (100028010673372)
**Sent** 2018-09-06 04:34:45 UTC
**Body** I am fidgety

**Author** Ashu Joshi (1703964327)
**Sent** 2018-09-06 04:34:39 UTC
**Body** Each one is 3-4 hours long

**Author** Madison Dole (100028010673372)
**Sent** 2018-09-06 04:34:38 UTC
**Body** I will be bad at this

**Author** Ashu Joshi (1703964327)
**Sent** 2018-09-06 04:34:27 UTC
**Body** Lol

**Author** Ashu Joshi (1703964327)
**Sent** 2018-09-06 04:34:26 UTC
**Body** Be ready

**Author** Ashu Joshi (1703964327)
**Sent** 2018-09-06 04:34:21 UTC
**Body** When we get married you will have sit through some of these with
me

**Author** Ashu Joshi (1703964327)
**Sent** 2018-09-06 04:33:59 UTC
**Body** This morning was prayer for Anika

**Author** Madison Dole (100028010673372)
**Sent** 2018-09-06 04:33:56 UTC
**Body** Okay

**Author** Ashu Joshi (1703964327)
**Sent** 2018-09-06 04:33:48 UTC
**Body** Honey, today was the first prayer and tomorrow is the dedication

**Author** Madison Dole (100028010673372)
**Sent** 2018-09-06 04:33:33 UTC
**Body** But i didnt know thats why you were going lately

**Author** Madison Dole (100028010673372)
**Sent** 2018-09-06 04:33:21 UTC
**Body** I knew that

**Author** Madison Dole (100028010673372)
**Sent** 2018-09-06 04:33:12 UTC
**Body** I was just taking guesses.

**Author** Madison Dole (100028010673372)
**Sent** 2018-09-06 04:33:04 UTC
**Body** Lol

