**Body** No. Let me see if I can change it online

**Author** Madison Dole (100028010673372)
**Sent** 2018-09-06 15:24:23 UTC
**Body** Did you ever xall cricket??

**Author** Ashu Joshi (1703964327)
**Sent** 2018-09-06 14:09:02 UTC
**Body** ▯▯▯▯▯

**Author** Madison Dole (100028010673372)
**Sent** 2018-09-06 14:08:44 UTC
**Body** No one elses.

**Author** Madison Dole (100028010673372)
**Sent** 2018-09-06 14:08:43 UTC
**Body** I am your cum dumpster. Only your cum goes inside me.

**Author** Ashu Joshi (1703964327)
**Sent** 2018-09-06 14:07:38 UTC
**Body** Yes to what baby?

**Author** Madison Dole (100028010673372)
**Sent** 2018-09-06 14:07:36 UTC
**Body** I never wat anyone else.

**Author** Madison Dole (100028010673372)
**Sent** 2018-09-06 14:07:27 UTC
**Body** Yes baby

**Author** Ashu Joshi (1703964327)
**Sent** 2018-09-06 14:04:09 UTC
**Body** No one else's. Ever!

**Author** Ashu Joshi (1703964327)
**Sent** 2018-09-06 14:02:02 UTC
**Body** And only my cum goes inside you

**Author** Ashu Joshi (1703964327)
**Sent** 2018-09-06 14:01:51 UTC
**Body** You are my cum dumpster

**Author** Madison Dole (100028010673372)
**Sent** 2018-09-06 13:59:10 UTC
**Body** Yes I am▯▯▯▯▯

**Author** Ashu Joshi (1703964327)
**Sent** 2018-09-06 13:57:19 UTC
**Body** You are my wife, my Queen and my bitch!

**Author** Ashu Joshi (1703964327)
**Sent** 2018-09-06 13:56:58 UTC
**Body** No one else's

**Author** Madison Dole (100028010673372)
**Sent** 2018-09-06 13:56:43 UTC
**Body** Yes baby❤❤

