**Facebook Business Record**      Page 2309

**Sent** 2018-09-10 17:57:37 UTC
**Body** I miss you so much

**Author** Ashu Joshi (1703964327)
**Sent** 2018-09-10 17:56:25 UTC
**Body** I love you so very much honey

**Author** Madison Dole (100028010673372)
**Sent** 2018-09-10 17:56:01 UTC
**Body** I love you so much

**Author** Madison Dole (100028010673372)
**Sent** 2018-09-10 17:53:55 UTC
**Body** It is not your fault.

**Author** Ashu Joshi (1703964327)
**Sent** 2018-09-10 17:53:30 UTC
**Body** It makes me feel like a terrible boy friend / fiancé / husband / partner

**Author** Madison Dole (100028010673372)
**Sent** 2018-09-10 17:52:04 UTC
**Body** I know baby

**Author** Ashu Joshi (1703964327)
**Sent** 2018-09-10 17:50:33 UTC
**Body** You should work only because you want to, not because you have to or someone makes you

**Author** Madison Dole (100028010673372)
**Sent** 2018-09-10 17:48:54 UTC
**Body** I do too.

**Author** Ashu Joshi (1703964327)
**Sent** 2018-09-10 17:47:49 UTC
**Body** I wish we could be together or your family would be more reasonable

**Author** Ashu Joshi (1703964327)
**Sent** 2018-09-10 17:47:17 UTC
**Body** But baby you don't have to do this

**Author** Madison Dole (100028010673372)
**Sent** 2018-09-10 17:46:43 UTC
**Body** I am going to be fine.

**Author** Madison Dole (100028010673372)
**Sent** 2018-09-10 17:46:37 UTC
**Body** All of this will make me a stronger mother.

**Author** Ashu Joshi (1703964327)
**Sent** 2018-09-10 17:43:01 UTC
**Body** Only yours

**Author** Ashu Joshi (1703964327)
**Sent** 2018-09-10 17:42:58 UTC
**Body** I am all yours honey


GOVERNMENT EXHIBIT