**Author** Madison Dole (100028010673372)
**Sent** 2018-08-22 19:07:26 UTC
**Body** Husband, boyfriend, fiance whatever.

**Author** Ashu Joshi (1703964327)
**Sent** 2018-08-22 19:06:42 UTC
**Body** Boyfriend?

**Author** Madison Dole (100028010673372)
**Sent** 2018-08-22 19:06:32 UTC
**Body** I know what my boyfriend looks like.

**Author** Madison Dole (100028010673372)
**Sent** 2018-08-22 19:06:22 UTC
**Body** Yes

**Author** Ashu Joshi (1703964327)
**Sent** 2018-08-22 19:05:58 UTC
**Body** That's me

**Author** Ashu Joshi (1703964327)
**Sent** 2018-08-22 19:05:54 UTC
**Body** Yup

**Author** Madison Dole (100028010673372)
**Sent** 2018-08-22 19:05:39 UTC
**Body** LOML 󠀠󠀠 sent a photo.
**Attachments** image-495816064220863 (495816064220863)
   **Type** image/jpeg
   **Size** 192986
   **URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=495816064220863&mid=mid.%24cAABa-fObWntrlEx1R1lYwcelMSLo&uid=1703964327&accid=1703964327&preview=0&hash=AQB7_p1uUv4ZLeFPv-hGwAHr_6A2Ui7xXBtyN-9HvQAmSfXt


GOVERNMENT EXHIBIT