Filed          19-CI-00372     11/07/2019           Greg Helton, Knox Circuit Clerk

COMMONWEALTH OF KENTUCKY
27ᵀᴴ JUDICIAL CIRCUIT
KNOX CIRCUIT COURT
FAMILY COURT DIVISION
CASE NO. 19-CI-00372

ASHU JOSHI,                                                           PETITIONER,

VS.

███████ ███,                                                          RESPONDENT,

AND THE CARE, CUSTODY AND SUPPORT OF ONE (1) MINOR CHILD

## MOTION FOR ORDER RECOGNIZING MARRIAGE AS LEGAL

Comes now the Respondent, ███████ ███, Pro Se, and hereby moves the Court pursuant to KRS 402.250 for an Order recognizing the party's religious ceremony as a legal marriage pursuant to Kentucky Law. As grounds for filing this motion the Respondent states as follows:

1. The parties participated in a religious ceremony in Bowling Green Kentucky on June 23, 2018. The Respondent had the consent of her custodian to enter into the marriage.

2. The Respondent asks that the marriage be recognized as a valid marriage. The Respondent and Petitioner considered themselves married as of June 23, 2018. The party's ceremony was performed pursuant to the requirements of the Petitioner's religious faith, which is Hinduism.

3. Since the party's date of the marriage, the parties have held themselves out as being a married couple. The parties now have a minor child together. Respondent

1

Filed          19-CI-00372     11/07/2019           Greg Helton, Knox Circuit Clerk

GOVERNMENT EXHIBIT 3

Filed          19-CI-00372     11/07/2019          Greg Helton, Knox Circuit Clerk

requests the Court to recognize the marriage of the parties which would legitimize the minor child of the parties.

WHEREFORE, the Respondent respectfully requests an order consistent with this motion.

Respectfully Requested,

▮▮▮▮▮▮▮▮▮▮ Respondent
Corbin, KY 40701
PRO SE

## NOTICE OF HEARING

Notice is hereby given that the above shall be brought on for hearing at the convenience of the Court or as soon thereafter as same may be heard.



Respondent
PRO SE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served by mailing same first-class postage prepaid, electronic filing or by hand-delivery on the 7th day of November 2019 to the following:

Original to:

Knox Family Court
PO Box 760
Barbourville, KY 40906

Copy to:

Hon. Jennifer S. Nicholson
PO Box 2636
London, KY 40743

2

MOT : 000002 of 000003

Filed          19-CI-00372    11/07/2019          Greg Helton, Knox Circuit Clerk

███████████████
████████████████, Respondent
PRO SE