IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. S1- 4:18CR0876 JAR |
| | ) | |
| ASHU JOSHI, | ) | |
| | ) | |
| Defendant. | ) | |

## SUPPLEMENTAL MOTION FOR PRE-TRIAL BOND REVOCATION

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Colleen Lang, Assistant United States Attorney for said District, supplements and renews their earlier motion for pre-trial trial detention, moves to cancel all supervised visits, and moves the Court to order defendant detained pre-trial for violating a condition of his bond. As and for its grounds, the Government states as follows:

1. On March 3, 2020, it came to the government's attention that the defendant was violating a condition of his pre-trial release by attempting to communicate with the victim of this case about the case (not about the child) during his supervised visits with the child. The defendant did this by telling the victim's attorney to pass on a message to the victim that she needed to change her name and by giving the victim a package of noodles.

2. Second, the Defendant has failed to comply with the earlier instructions of this Court and has violated the condition of his bond that he have no "direct or

      indirect" contact with the victim in this case.  The defendant tampered with the victim in the late summer and early fall of 2019. The defendant communicated with the victim through a friend in Kentucky.  This friend passed on messages that directly affect the victim's testimony.  The friend, at defendant's direction, also gave money, toys, and a cell phone to the victim. These communications, were not only a violation of the bond conditions in place at time, they are also in violation of Title 18 U.S.C. Section 1512(b).

3. The Government has had very serious concerns that the Defendant has been having indirect contact with the victim concerning issues that affect her testimony. Back on Tuesday, November 5, 2019, defendant's attorney, Daniel Juengel, called and requested a meeting with U.S. Attorney Jeffrey Jensen regarding plea negotiations.  During the call, Mr. Juengel repeatedly referred to the victim and the defendant as "they." He stated to undersigned that, "they would like to get married," and "they want to be a family." The undersigned expressed concerned that these statements meant that the victim and defendant were having contact, against court order.  Mr. Juengel stated that they were not.  The undersigned asked for any notes, or statements that the victim had made to Mr. Juengel. Mr. Juengel refused to give them to the undersigned AUSA stating the statements are *Jencks* material and he will not provide them until trial.

4. At the same time, the undersigned was having the aforementioned conversations with the defense team, unknown to the undersigned was that the defendant was communicating with the victim, through a friend, in Kentucky. These communications led and manipulated the victim into an agreement about a fake

"marriage ceremony" and also resulted in a court filing regarding a sham marriage in Kentucky. The proceedings in Knox County Court began on October 1, 2019, with the defendant filing a petition to open a family court case through his attorney in Kentucky, Jennifer Nicholson. This communication with the victim ultimately led to a Knox County, Kentucky Court Order dated November 12, 2019. The Court Order cites that the defendant and the victim are married and references a fictional private religious marriage ceremony that occurred on June 23, 2018. In fact, no marriage ceremony happened on June 23, 2018, and that was a false statement made to Knox County Court by the defendant and by victim, who was under his manipulation. At the time of the Court filings the victim was an unrepresented minor seventeen-year old child. Thereafter, the defendant then filed that Knox County Court Order in the pending federal case with a request to dismiss the indictment based on the "marriage," thereby changing the course of the pending case based on his tampering with the victim. The defendant's conduct has altered the victim's testimony, and had a tremendous effect on the official proceedings here in federal court.

WHEREFORE, the Government requests this Court revoke the defendant off his bond pre-trial for violation of the Court's order.

    Respectfully submitted,

    JEFFREY B. JENSEN
    UNITED STATES ATTORNEY

    /s/    *Colleen C. Lang*
    COLLEEN C. LANG AUSA, #56872MO
    ASSISTANT UNITED STATES ATTORNEY
    Thomas F. Eagleton Courthouse

                111 South Tenth Street, 20th Floor
                St. Louis, Missouri 63102
                (314) 539-2200

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 9, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                *s/ Colleen C. Lang*
                COLLEEN C. LANG, #56872MO
                Assistant United States Attorney