# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | 4:18-cr-00876-JAR-NCC |
| v. | |
| **ASHU JOSHI** | |
| Defendant. | |

## MOTION TO TERMINATE VISITATION
## AND MODIFY CHILD SUPPORT

Comes now M.D. and herby moves this Court to terminate the existing visitation arrangement and modify child support. In support thereof, M.D. states as follows:

1. M.D. is no longer desireous of Defendant having contact with their child.

2. The presumptive child support amount owed to M.D. each month is $1,924 AND Defendant is currently paying M.D. $500 per month.

WHEREFORE, M.D. moves this Court to terminate the existing visitation arrangement and modify child support.

Respectfully submitted,

MUHLENKAMP & BERNSEN,
ATTORNEYS AT LAW, LLC

By: *Tory D. Bernsen*
Tory D. Bernsen, #62857MO
8008 Carondelet, Suite 311
Clayton, MO 63105
314-499-7255
314-737-2899 (cell)
tbernsen@mbstlcriminaldefense.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the above document was electronically filed on March 10, 2020 and served via the electronic filing system to all attorneys of record.

<u>*Tory D. Bernsen*</u>