# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.           ) | Case No.: 4:18 CR 876 |
| **)** | |
| ) | |
| ASHU JOSHI ) | |
| Defendant.   ) | |

## ENTRY OF APPEARANCE ON BEHALF OF VICTIM MD

    Comes Now Grant C. Boyd and hereby enters his appearance on behalf of Victim MD in the above-captioned cause.

Respectfully submitted,

**SINDEL NOBLE**

By: */s/ GRANT C. BOYD*
GRANT C. BOYD            #67362
8000 Maryland Ave, Ste. 910
St. Louis, MO 63105
(314) 721-6040
(314) 721-8545 FAX
E-Mail:  gboyd@travisnoble.com
*Attorney for VICTIM MD*

## CERTIFICATE OF SERVICE

I, Grant C. Boyd, hereby certify that a true and accurate copy of the **ENTRY OF APPEARANCE ON BEHALF OF VICTIM MD** was electronically filed on March 10, 2020 via the Court's Electronic Filing System and served upon all parties via the Court's Electronic Filing System.

/s/ Grant C. Boyd