UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:18-cr-00876 JAR (NCC) |
| | ) |
| ASHU JOSHI, | ) |
| | ) |
| Defendants. | ) |

**NOTICE**

COMES NOW Defendant, Ashu Joshi, by and through counsel, and notifies this Court that Defendant will call no witness in connection with the Final Bond Revocation hearing held on March 11 and continued to March 17.

1.  On March 11, this Court held a Final Bond Revocation Hearing.

2.  At the hearing's close, Defendant moved for additional time to call a single witness, Judy Ulrich, a resident of Kentucky.

3.  This court granted Defendant's motion and continued the hearing to March 17 at 9:00 a.m.

4.  On March 11, undersigned counsel learned that Ms. Ulrich had retained counsel.

5.  That same day, but without success, undersigned counsel attempted to contact Ms. Ulrich's counsel.

6.  Earlier today, undersigned counsel spoke with Ms. Ulrich's counsel about Ms. Ulrich's use as a potential witness at Defendant's Bond Revocation Hearing.

1

7. According to Ms. Ulrich's counsel, Ms. Ulrich has received a target letter from the Office of the United States Attorney for the Eastern District of Missouri.

8. She has also received a subpoena.

9. As a result, counsel has advised Ms. Ulrich neither to speak privately with counsel for Defendant nor to testify in public, despite her wish to assist Defendant.

10. Consequently, Defendant will not call Ms. Ulrich as a witness, and this Court can close Defendant's Final Bond Revocation hearing.

Respectfully submitted,

By:                    /s/ *Adam D. Fein*
                       ADAM FEIN, #52255 MO
                       Attorney for Defendant
                       120 S. Central Avenue, Suite 130
                       Clayton, Missouri 63105
                       (314) 862-4332/Facsimile (314)862-8050
                       Email: afein@rsflawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2020, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Colleen Lang, Assistant United States Attorney.