UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:18-cr-876 JAR (NCC) |
| | ) |
| ASHU JOSHI, | ) |
| | ) |
| Defendants. | ) |

**FIRST MOTION TO CONTINUE TRIAL**

COMES NOW Defendant, Ashu Joshi, by and through counsel, and moves this Court to continue the trial set for June 8, 2020 to the week of July 5, 2020. In support of this motion, Defendant states as follows:

1. Defendant's trial is set for June 8.

2. For several weeks, the parties have worked towards a plea agreement.

3. This work produced approximately seven draft agreements.

4. The parties settled on the terms of a final agreement on May 27, seven days ago.

5. That same day, counsel spoke with Defendant on a prearranged, unrecorded phone call.

6. Line by line, counsel read the agreement to Defendant.

7. Line by line, counsel also read to Defendant and associated property agreement.

8. That same day, counsel mailed a copy of the plea and property agreements to Defendant, along with a motion for a consolidated plea and sentencing hearing.

9. Defendant received these documents on today's date, June 3, 2020.

10. This morning, Defendant read the documents, signed them, and returned them by

     mail to counsel.

11. Counsel expects to receive the documents sometime next week and will file them with this Court upon receipt.

12. On Friday of this week, counsel and Defendant will again speak on a prearranged, unrecorded call to address any concerns Defendant might still have about the agreements and/or motion for a consolidated hearing.

13. Based on prior discussion with Defendant, counsel assumes Defendant will have no concerns.

14. At the same time, before he proceeds with his guilty plea, it seems reasonable to provide Defendant with additional time to speak with counsel about documents Defendant read himself for the first time just today.

15. Moreover, this seems all the more reasonable given only seven days have passed since counsel received the finalized guilty plea and property agreements from the Government, Defendant is confined in a jail, and counsel cannot meet with Defendant in person because of an ongoing pandemic.

16. Defendant through counsel has discussed this matter with Assistant United States Attorney Colleen Lang. Ms. Lang objects to Defendant's request.

WHEREFORE, Defendant respectfully requests this Court continue the trial set for June 8, 2020 to the week of July 5, 2020.

                    Respectfully submitted,

By:    /s/ *Adam D. Fein*
        ADAM D. FEIN, # 52255 MO
        Attorney for Defendant
        120 S. Central Avenue, Suite 130
        Clayton, Missouri 63105
        (314) 862-4332/Facsimile (314) 862-8050
        Email: afein@rsflawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2020, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Colleen Lang, Assistant United States Attorney.