UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:18-cr-876 JAR (NCC) |
| | ) |
| ASHU JOSHI, | ) |
| | ) |
|     Defendants. | ) |

**UNOPPOSED MOTION TO EXTEND THE TIME TO FILE DEFENDANT'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT**

COMES NOW Defendant, Ashu Joshi, by and through counsel, and moves this Court to extend by ten days the time in which to file his objections to the presentence investigation report. In support of this motion, Defendant states as follows:

1. The parties are amending their plea agreement.

2. These amendments will necessitate changes to the presentence investigation report (PSR).

3. An additional 10 days will thus permit the parties to make these amendments, include them in a revised PSR, and forego filing unnecessary objections to the PSR as currently written.

4. Defendant, through counsel, has discussed this matter with Assistant United States Attorney Colleen Lang.

5. Ms. Lang does not object to Defendant's request.

WHEREFORE, Defendant respectfully requests this Court extend by 10 days the time in which to file his objections to the presentence investigation report.

1

                    Respectfully submitted,

By:    */s/ Adam D. Fein*
         ADAM D. FEIN, # 52255 MO
         Attorney for Defendant
         120 S. Central Avenue, Suite 130
         Clayton, Missouri 63105
         (314) 862-4332
         afein@rsflawfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 26, 2020, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Colleen Lang, Assistant United States Attorney.